**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| **In re: RICHARD W MORRIS**<br>　　**PEGGY P MORRIS**<br><br>　　　　　　　**Debtor(s)** | **CASE NO. 08-50422**<br><br>**CHAPTER 7** |

**NOTICE:  DISCHARGE NOT GRANTED**

Pursuant to Bankruptcy Rule 4006, you are hereby notified that the discharge of the above-named debtor(s) was:

_X_　denied by the court pursuant to an order entered December 21, 2009.

____　revoked by the court pursuant to an order entered . [The discharge was previously granted on .]

____　waived by the court pursuant to an order entered upon a motion for waiver of the discharge by debtor(s).

A copy of this notice shall be served by mail to the debtor(s), counsel for debtor(s), the trustee, the U. S. Trustee's Office, and all creditors and other parties in interest.

**DATED:  January 5, 2010**

　　　　　　　　　　　　　　　　　　　　　　**JOHN W. L. CRAIG, II, CLERK**


　　　　　　　　　　　　　　　　　　　　　　**By__/s/Marsha Jarrels_____**
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


nond.frm